UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KRAMER & FRANK, P.C., | ) |
|     Plaintiff/ Counterdefendant. | ) ) ) |
| v. | ) ) Case No. 4:05CV2395 RWS |
| KEVIN WIBBENMEYER, et al., | ) ) |
|     Defendants/ Counterclaimants. | ) ) ) |

**MEMORANDUM AND ORDER**

This matter is before me on Kramer & Frank's Motion to Strike or, in the Alternative, to Postpone its Response to Plaintiffs' Motions for Summary Judgment [#33]. After a careful review of the case file, I have determined that the motion should be granted in part and that Plaintiffs' applications for judgment should be denied without prejudice in accordance with Fed. R. Civ. P. 56(f).

Accordingly,

**IT IS HEREBY ORDERED** that Kramer & Frank's Motion to Strike or, in the Alternative, to Postpone its Response to Plaintiffs' Motions for Summary Judgment [#33] is **GRANTED** in part.

**IT IS FURTHER ORDERED** that Defendant Stennet's Motion for Partial Summary Judgment [#18] is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that Defendant Haskell's Motion for Summary Judgment [#27] is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that Defendant Stennet's Motion for Summary Judgment

[#29] is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that Defendants' Motion to Exceed the Page Limit [#32] is **GRANTED**.

Dated this 7th day of April, 2006.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE